NOT FOR PUBLICATION                                          Closed

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AJAZ RAJA YUNUS<br><br>      Petitioner,<br><br>v.<br><br>JOHN A. ASHCROFT, Attorney General of the United States; TOM RIDGE, Secretary, Department of Homeland Security; MICHAEL J. GARCIA, Assistant Secretary, U.S. Immigration and Customs Enforcement; JOHN CARBONE, Field Office Director, Newark, Immigration and Customs Enforcement; ANDREA J. QUARANTILLO, District Director, Newark, U.S. Citizenship and Immigration Services; and JOSEPH T. CASSIDY, Sheriff, Hudson County,<br><br>      Respondent(s). | Civ. No. 04-1702 (WGB)<br><br>O R D E R |

    This matter having come before the Court on the application of Petitioner, Ajaz Raja Yunis, for a writ of habeas corpus pursuant to 28 U.S.C. § 2241; and

    This Court lacking proper subject matter jurisdiction to address the issues raised in Petitioner's application as set forth in this Court's Opinion filed this day; and

    Pursuant to Section 1631 of Title 28 of the United States Code;

IT IS on this the 19th day of May, 2005 hereby **ORDERED** that this matter be **TRANSFERRED** to the United States Third Circuit Court of Appeals.



s/ William G. Bassler  
William G. Bassler  
U.S.S.D.J.